# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILEY M. PARKER, an individual and JESSICA LEE PARKER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:22-cv-00756-AJB-JLB <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Joint Motion for Dismissal with Prejudice filed by the parties,

IT IS HEREBY ORDERED that all of Plaintiffs Wiley M. Parker and Jessica Lee Parker's claims against Defendant, Ford Motor Company, and DOES 1 through 50 are hereby DISMISSED WITH PREJUDICE, and each party will bear their own attorney fees and costs.

**IT IS SO ORDERED**.

Dated:  September 1, 2022

Hon. Anthony J. Battaglia
United States District Judge

-1-                Case No. 3:22-cv-00756-AJB-JLB
ORDER OF DISMISSAL WITH PREJUDICE